UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARISSA PEREZ, | |
| Plaintiff, | Case No. 1:18-cv-06420 |
| v. | Hon. Judge Sara L. Ellis |
| GMA INVESTMENTS, LLC d/b/a SUMMIT RECEIVABLES, LLC, | |
| Defendant. | |

## AFFIDAVIT OF CLARISSA PEREZ

I, CLARISSA PEREZ, being first duly sworn upon oath, depose and say that I am the Plaintiff in the above captioned proceeding. I have personal knowledge and thereby testify to the below facts. The facts set forth in the affidavit are known to me to be true based upon my personal knowledge of such facts. If called upon to testify as a witness, I would so testify to these facts.

1. In mid-2018, I began receiving calls from GMA INVESTMENTS, LLC d/b/a SUMMIT RECEIVABLES, LLC ("GMA") to my cellular phone, (773) XXX-0693, seeking to collect payment on a past due loan.

2. Many of these calls included pre-recorded messages stating that GMA is attempting to collect a debt.

3. Due to the fact that I did not have the financial means to make payment, I notified Defendant as such and demanded that it stop calling me.

4. Even though I do not recall the specific phone numbers GMA used to contact me, I do recall that in at least one pre-recorded message, GMA instructed me to call it at (844) 498-6545.

1

5. While I was instructed to call the phone number ending in -6545, GMA was using other phone numbers to contact me.

6. I have contacted GMA at the number ending in -6545 to reiterate my demands that it cease calling me.

7. While my cellular provider's phone records reflect 4 outgoing calls placed to the phone number ending in -6545, GMA has used other phone numbers to contact me.

8. Due to the volume of my cellular provider's phone records, I am unable to determine which incoming phone numbers belong to GMA.

9. Notwithstanding the foregoing, I recall having received at least 30 phone calls from GMA after I had notified GMA's representatives to stop calling me.

I affirm under the penalties for perjury that the foregoing representations are true.

FURTHER AFFIANT SAYETH NOT:

s/ *[DocuSigned by: Clarissa Perez, 84A7AE658AC546D]*
Clarissa Perez