

**Sprint**
Fran Danner
Corporate Security, Subpoena Specialist
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Phone: 913-315-4482   Fax: 816-600-3161
Email: Fran.Danner@sprint.com
Toll Free: 800-877-7330

01/10/2019

Taxiarchis Hatzidimitriadis
Sulaiman Law Group, LTD
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

Sprint Case Number:    2018-251731
Court Case Number:    1:18-cv-06420, Clarissa Perez vs GMA Investments, et al

Dear Taxiarchis Hatzidimitriadis,

Pursuant to the above-referenced case, I am enclosing records for the requested time period associated with the following:

**********************************************************************

| **Request Type:** | **Call Records** |
|---|---|
| Date Range: | 01/01/2018 to 12/11/2018 |
| Subject Number: | 773-███-0693 |

Comments:

One call report is enclosed.    Records were searched for the complete date range listed above.
Our records indicate this cell phone number was serviced by T-Mobile from 01/01/18 to 07/02/18.

The attached call detail records are provided in what we call a "CDMA Call Detail Report," which includes all billable and completed incoming, outgoing and routed calls except those made or received while roaming.    A guide to reading CDMA Reports is included for your convenience.

**********************************************************************

Please use the contact information listed above for any questions or further inquiries regarding this request.

Sincerely,
Fran Danner
Subpoena Compliance
Sprint Corporate Security
Fran.Danner@sprint.com

Enclosures

*Notice: If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives. Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas. You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 800-877-7330. Our office will require at least two-weeks notice in addition to pre-paid travel arrangements by your office.

**This letter and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this correspondence in error, please notify Sprint Legal Compliance immediately at 1-800-877-7330. This letter contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this information. Please notify the sender immediately, and delete this data from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.**