# Exhibit A





*A Division of Sulaiman Law Group, Ltd.*
2500 South Highland Avenue
Suite 200, Lombard, IL 60148

Wells Fargo Bank, N.A.
101 N. Phillips Ave.
Sioux Falls, SD 57104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank, N.A.
101 N. Phillips Avenue
Sioux Falls, SD 57104

9590 9402 1760 6074 0355 04

2. Article Number *(Transfer from service label)*

7016 1370 0001 6109 1919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARISSA PEREZ, | |
| Plaintiff, | Case No.: 1:18-cv-06420 |
| v. | |
| GMA INVESTMENTS, LLC d/b/a SUMMIT RECEVIABLES, | Hon. Judge Sara L. Ellis |
| Defendant. | |

## CITATION NOTICE

**Citation To:** Wells Fargo Bank, N.A., 101 N. Phillips Avenue, Sioux Falls, SD 57104

**Judgment Debtor:** GMA Investments, LLC

**Judgment Creditor:** Clarissa Perez

**Attorney for Judgment Creditor:** Eric D. Coleman, Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Ste. 200, Lombard, IL 60148

**Address of Court:** Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St., Chicago, IL 60604

**Amount of Judgment:** $3,720.42

**Location, Date, and Time (Answer and Documents):** Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
**November 14, 2019,** 2:00 p.m.

NOTICE TO JUDGMENT DEBTOR: The court has issued a citation to the respondent named above. The citation directs the respondent to complete and return the answer form attached to the citation, and produce the documents identified in Rider B, on or before the date listed. The citation was issued based on a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. At the appropriate time, the Court may compel the application of any discovered income or assets toward payment on the judgment.

1

DATE: October 24, 2019

| | |
|---|---|
| Eric D. Coleman<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, IL 60148<br>(630) 575-8181 ext. 105 (phone)<br>ecoleman@sulaimanlaw.com | CLARISSA PEREZ<br>Judgment Creditor.<br><br>By: _____<br>Eric D. Coleman, one of her attorneys |

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARISSA PEREZ, | |
| Plaintiff, | Case No.: 1:18-cv-06420 |
| v. | |
| GMA INVESTMENTS, LLC d/b/a SUMMIT RECEVIABLES, | Hon. Judge Sara L. Ellis |
| Defendant. | |

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

**To:** Wells Fargo Bank, N.A., 101 N. Philips Avenue, Sioux Falls, SD 57104

**YOU ARE COMMANDED** to provide on or before November 14, 2019, a sworn answer to this citation in the attached form, to (a) the Clerk of the District Court, 219 S. Dearborn St., Chicago, IL 60604, (b) attorney for Judgment Creditor, Eric D. Coleman, Sulaiman Law Group, Ltd., 2500 S. Highland Ave., Ste. 200, Lombard, IL 60148, and (c) GMA Investments, LLC, c/o Anthony Guadagna, registered agent, 1291 Galleria Dr., Ste. 170, Henderson, NV 89014.

**YOU ARE ALSO COMMANDED** to produce, on or before November 14, 2019, all documents identified in attached RIDER B, to the attorney for Judgment Creditor, Eric D. Coleman, Sulaiman Law Group, Ltd., 2500 S. Highland Ave., Ste. 200, Lombard, IL 60148.

A judgment against GMA Investments, LLC ("**Judgment Debtor**") was entered in the United States District Court for the Northern District of Illinois on September 24, 2019, in the amount of $3,720.42. The total amount outstanding as of October 23, 2019 is $3,720.42, plus per diem interest accruing on the judgment, pursuant to 735 ILCS 5/2-1303, is $26.60.

1

2

**IF YOU FAIL TO RESPOND TO THIS CITATION AS DIRECTED, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Judgment Debtor or to which Judgment Debtor may be entitled or which may thereafter be acquired by or become due to Judgment Debtor, and from paying over or otherwise disposing of any funds not so exempt, which are due or to become due to Judgment Debtor, until further order of Court or termination of the proceeding, whichever occurs first. You are not required to withhold the payment of any funds beyond double the amount of the Judgment.

**THOMAS G BRUTON**
_____
Clerk of Court

Date: **OCT 2 4 2019**

Erin Caswick

Deputy Clerk

## CERTIFICATION OF JUDGMENT

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the Clerk that entered the judgment or the attorney for the Judgment Creditor setting forth:

The United States District Court for the Northern District of Illinois entered a judgment on September 24, 2019, in the amount of $3,720.42. As of October 24, 2019, the total outstanding balance on the judgment and post-judgment interest which remains unsatisfied is $3,747.02. A true and correct copy of the judgment is attached.

The undersigned certifies, pursuant to 28 U.S.C. § 1746(2) and subject to penalty of perjury, that the preceding information is true and correct.

DATE: October 24, 2019

Eric D. Coleman
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(630) 575-8181 ext. 105 (phone)
ecoleman@sulaimanlaw.com

CLARISSA PEREZ
Judgment Creditor

By: /s/ Eric D. Coleman, one of her attorneys

1

ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Clarissa Perez,

Plaintiff(s),

v.

GMA Investments, LLC,

Defendant(s).

Case No. 18-cv-6420
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Clarissa Perez
and against defendant(s) GMA Investments, LLC d/b/a Summit Receivables, LLC
in the amount of $3,720.42 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for default judgment.

Date: 9/24/2019

Thomas G. Bruton, Clerk of Court

Rhonda Johnson , Deputy Clerk

# THIRD PARTY RESPONDENT ANSWER TO CITATION TO DISCOVER ASSETS

Case Name:  Clarissa Perez v. GMA Investments, LLC d/b/a, Summit Receivables

Court and No: U.S. Dist. Ct. N.D. Illinois Case No. 18-cv-06420

Judgment Debtor: GMA Investments, LLC

Answer Deadline: November 14, 2019, 2:00 p.m.

    Wells Fargo Bank, N.A. ("Citation Respondent"), certifies under penalty of perjury that with regard to the property of the Judgment Debtor GMA Investments, LLC, Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor:

Select one or more of the following and indicate the amount withheld:

| | |
|---|---|
| A. Savings Account | $_____ |
| B. Checking and/or Now Account | $_____ |
| C. Certificate of Deposit | $_____ |
| D. Money Market Account | $_____ |
| E. Trust Account | $_____ |
| F. Safety Deposit Box | $_____ |
| G. Wages, Salary or Commission | $_____ |
| H. No accounts (check here) ☐ | |
| I. Other Personal Property (describe) _____ | $_____ |
| Less right of offset for other loans | $_____ |
| Less deduction for fees limited by 205 ILCS 5/48.1 | $_____ |
| TOTAL AMOUNT WITHHELD: | $_____ |

1

    J.  Adverse Claimant         Name:_____

                                                                Address:_____

According to the business records kept by Citation Respondent, we show the above information to be correct.

Name:_____           _____

Business name:_____                 Signature

Address:_____

City/State/Zip:_____           _____

Telephone No.:_____                   Date

2

## **RIDER B**

**PLEASE REVIEW THIS LIST CAREFULLY AND GATHER AND PRODUCE ALL DOCUMENTS ON THE LIST. YOUR FAILURE TO DO SO MAY RESULT IN AN ORDER FOR CONTEMPT OF COURT.**

Any and all documents whether electronically stored, on paper, or in which any information is recorded or memorialized, pertaining to, relating to and/or referring to any and all real property, personal property, tangible property, and intangible property, in part or in whole, belonging to, maintained by, and/or controlled by **GMA Investments, LLC** ("Judgment Debtor"), whether individually, jointly, severally, beneficially, contingently, or expectantly, and any other documents in your possession or control which may contain information concerning the property or income of, or indebtedness due Judgment Debtor. These documents include, but are not limited to or by, the following and all documents pertaining to, relating to, evidencing and/or supporting the following:

1. All statements for all bank accounts in Judgment Debtor's name or for its benefit since January 1, 2014, including for all checking accounts, savings accounts, money market accounts, mutual fund accounts, trust accounts, deposit accounts, safe deposit boxes, and other accounts.

2. All statements for all other brokerage, commodity, or other financial institution account in Judgment Debtor's name or for its benefit since January 1, 2014.

3. All of Judgment Debtor's financial statements, including balance sheets, income statements, cash flow statements, profit/loss reports, and other financial statements.

4. All agreements with Judgment Debtor, whether with Citation Respondent or any third party, and all exhibits, schedules, attachments, and amendments or modifications of such agreements.

5. All invoices, statements, or other requests for payment issued by Judgment Debtor or on its behalf.

6. Records showing all payments made to Judgment Debtor, or for its benefit.

7. Records showing all payments made by Judgment Debtor, or on its behalf.

8. Records showing all collateral belonging to Judgment Debtor, or in which it has an interest.

1

9. Records showing all other assets or property belonging to Judgment Debtor, or in which it has an interest.

10. Records showing all income belonging to Judgment Debtor, or in which it has an interest.