UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Clarissa Perez
                Plaintiff,

v.                                          Case No.: 1:18−cv−06420
                                                          Honorable Sara L. Ellis

GMA Investments, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 27, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for turnover of assets by Third−party citation Respondent Wells Fargo Bank, N.A [20]. The Court orders Wells Fargo Bank to turn over assets in the amount of #036;3,747.02, currently held in Defendant GMA Investments, LLC d/b/a Summit Receivables, to Plaintiff in satisfaction of the judgment entered by this Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.